738

*In re* Félix J. Montañez Miranda.

*Número:* TS-5894          *Resuelto:* 28 de febrero de 2003

*Víctor P. Miranda Corrada*, abogado del querellado; *Félix J. Montañez Miranda, pro se.*

## RESOLUCIÓN

Habiendo expirado el término de seis meses de suspensión del abogado de epígrafe el 29 de enero de 2003, se declara con lugar su Moción Solicitando Reinstalación a la Abogacía y se autoriza al Lcdo. Félix J. Montañez Miranda a ejercer la abogacía únicamente.

A los fines de considerar su solicitud de reinstalación al ejercicio de la notaría, se le ordena a la Lcda. Carmen H. Carlos, directora de la Oficina de Inspección de Notarías, a que dentro de los treinta días siguientes a la notificación de esta Resolución, presente su Informe sobre el estado de la obra notarial incautada al mencionado abogado.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*